In the Matter of the Application of ANTHONY G. RUGGI, Formerly ANTHONY G. RUGGIERELLO, for Admission to the Bar.— Application denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ISIDOR SACHS, an Attorney and Counselor at Law, Respondent.— Respondent suspended from the practice of the law for a period of six months. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of GEORGE E. STEINBUGLER, an Attorney and Counselor at Law, Respondent.— Resignation as attorney and counselor at law accepted and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of YOUNG FEHLHABER PILE Co., INC., Respondent, for an Order Amending Nunc Pro Tunc a Certain Notice of Lien Dated November 5, 1937, and Duly Recorded in the Kings County Clerk's Office on November 8, 1937, against J. ARTHUR KENNEDY & SON, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ. [See ante, p. 935.]

In the Matter of the Application of HENRY W. ZINNELL for Admission to Practice as an Attorney and Counselor at Law.— Application granted. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

MEYER LANGER, Respondent, v. JOSEPH E. RIVLIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, on the merits and on the further ground that the application was not made within the time fixed by rule XXVI, Rules of the Appellate Division, Second Judicial Department. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

WILLIAM LINDER, Respondent, v. MOE LEVY, Appellant.— Motion for leave to appeal to the Court of Appeals denied; examination to proceed on five days' notice. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

MANUFACTURERS TRUST COMPANY, as Trustee under a Declaration of Trust for the Benefit of Certificate Holders under Guarantee No. 186,095 of BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. REALTY ASSOCIATES, INC., Appellant, and Others, Defendants.— Motion for resettlement of the order of affirmance or for reargument of the appeal denied, with ten dollars costs. [See 255 App. Div. 1025.] Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Taylor and Close, JJ.; Carswell, J., not voting.

MAY's FURS & READY-TO-WEAR, INC. (1), and HARRY SCHWARTZ, as President of May's Employees Association (2), Respondents, v. AARON BAUER, as President of the Retail Women's Apparel Salespeople's Union, Local 1125, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Johnston, Taylor and Close, JJ.; Lazansky, P. J., not voting.

NEW YORK PLUMBERS' SPECIALTIES Co., INC., Respondent, v. LOUIS O. MIDGETTE, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

GIACOMO SCORCA and Another, Respondents, v. MARIA TRICOMI, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.